UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. CHAVEZ,<br>　　　　Petitioner,<br>　　v.<br>R. GROUNDS,<br>　　　　Respondent. | Case No.  10-cv-01818-PJH<br><br>**ORDER DISMISSING CASE** |

This habeas petition was denied on the merits on April 18, 2011.  Petitioner appealed and the Ninth Circuit recently dismissed the appeal as moot and remanded the case with instructions to dismiss the habeas petition.  Docket No. 18.  Even though the case was already denied on the merits, the case is hereby **DISMISSED** pursuant to the Ninth Circuit order.

**IT IS SO ORDERED.**

Dated: June 15, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　United States District Judge

\\CANDOAK\Data\Users\PJHALL\_cv\2010\2010_01818_Chavez_v_Grounds\10-cv-01818-PJH-_ord.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. CHAVEZ,<br><br>          Plaintiff,<br><br>    v.<br><br>R. GROUNDS,<br><br>          Defendant. | Case No. 10-cv-01818-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan M. Chavez ID: H-74168
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689

Dated: June 16, 2015

Richard W. Wieking
Clerk, United States District Court

By: /s/ Nichole Peric
Nichole Peric, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON